CLARK MATHEWS
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
clark_mathews@fd.org
Phone: (406) 727-5328
Fax: (406) 727-4329
    Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER EDWARD HAWKES,<br><br>Defendant. | Case No. CR 25-49-GF-WWM<br><br>**MOTION TO ENTER GUILTY PLEA** |

Defendant Roger Edward Hawkes, by and through his attorneys, Clark Mathews, Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Honorable Court to allow him to enter a plea of guilty to removal of archaeological resource, in violation of Title 16 U.S.C. § 470ee(a), (d) as charged in the sole count of the Information in this case.

This agreement is made without a formal plea agreement.

1

Defendant consents to the Change of Plea proceedings be held before a United States Magistrate Judge and the parties agree to waive the Pre-Sentence Report and to proceed directly to sentencing before the Magistrate. This is a Class A Misdemeanor.

RESPECTFULLY SUBMITTED this 21st day of January 2026.

/s/ Clark Mathews

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on January 21, 2026, a copy of the foregoing document was served on the following persons by the following means:

 1, 2  CM-ECF
  ___  Hand Delivery
   3   Mail
  ___  Overnight Delivery Service
  ___  Fax
  ___  E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. AMANDA L. MYERS
   Assistant United States Attorney
   United States Attorney's Office
       Counsel for the United States of America

3. ROGER EDWARD HAWKES
       Defendant

/s/ Clark Mathews