# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER EDWARD HAWKES,<br><br>Defendant. | Case No. CR 25-49-GF-WWM<br><br>**ORDER VACATING TRIAL DATE AND SETTING CHANGE OF PLEA HEARING** |

Defendant Roger Edward Hawkes, having filed a Motion to Enter Guilty Plea;

IT IS HEREBY ORDERED that the final pretrial conference and jury trial in this matter, presently scheduled for Tuesday, February 17, 2026, beginning at 8:30 a.m., are VACATED;

IT IS FURTHER HEREBY ORDERED that a Change of Plea Hearing shall be and is hereby scheduled for _____, _____, 2026, at _____ __.m.. before United States Magistrate Judge John T. Johnston.

DATED this ___ day of _____ 2026.

_____
WILLIAM M. MERCER
UNITED STATES DISTRICT JUDGE

1