IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGER EDWARD HAWKES,<br><br>Defendant. | CR-25-49-GF-WWM-JTJ<br><br>**JUDGMENT** |

On February 3, 2026, Defendant Roger Edward Hawkes (Hawkes) appeared before the Court for a change of plea hearing. (Doc. 32.) Hawkes entered a plea of guilty to the crime of Removal of Archeological Resource, in violation of 16 U.S.C. § §470ee(a), (d).

Hawkes' plea of guilty was made knowingly, intelligently, and voluntarily. Hawkes understood his constitutional rights and the extent to which such rights were waived by a plea of guilty.

Having considered the evidence, sentencing recommendations of the parties, Hawkes' allocution, and the sentencing factors in 18 U.S.C § 3553, the Court enters the following sentence:

1. Hawkes shall serve a custodial sentence of 9 months to run consecutive with his Idaho State Court sentence, with no supervised release to follow.

2.      No fine or special assessment is imposed.

## NOTICE OF RIGHT TO APPEAL

Hawkes was advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), he has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 4th day of February 2026.

_____
John Johnston
United States Magistrate Judge

2